IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:21-CV-00328-GCM

| ILONA MARLENE MOORE, | |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

**THIS MATTER** comes before the Court on Plaintiff's Motion to Dismiss Pursuant to Rule 41(a)(2) [ECF No. 11]. Plaintiff asks the Court to dismiss her claim with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. Defendant does not oppose the motion. The Court will grant the motion for the reasons stated by Plaintiff.

**IT IS THEREFORE ORDERED** that the Motion to Dismiss (ECF No. 11) is **GRANTED**. This action is **DISMISSED WITH PREJUDICE** pursuant to Rule 41(a)(2).

**SO ORDERED**.

Signed: July 1, 2022

Graham C. Mullen
United States District Judge